In the Matter of the Claim of LOUIS E. WIEDER, Respondent.

BUFFALO EVENING NEWS, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

Argued February 24, 1944; decided April 6, 1944.

*Michael Catalano* and *Burt G. Weber* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran, Orrin G. Judd* and *W. Gerard Ryan* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.